| | |
|---|---|
| **MARY CLARE ULASIEWICZ** | NUMBER: **681900**  SEC: **22** |
| **VERSUS** | **19th JUDICIAL DISTRICT COURT** |
| **TRAVELERS CASUALTY INSURANCE COMPANY, SHERMCO INDUSTRIES, INC., and JOHNNY WEAVER** | **PARISH OF EAST BATON ROUGE** <br> **STATE OF LOUISIANA** |

### PETITION FOR DAMAGES

The petition of **MARY CLARE ULASIEWICZ**, a person of the legal age of majority, domiciled in the Parish of Jefferson, State of Louisiana, respectfully represents,

1.

Made defendants herein are:

a) **TRAVELERS CASUALTY INSURANCE COMPANY**, a foreign insurance company authorized to do and doing business in the State of Louisiana;

b) **SHERMCO INDUSTRIES, INC.**, a foreign corporation domiciled in Irving, Texas, authorized to do and doing business in the State of Louisiana; and

c) **JOHNNY WEAVER**, a person of the legal age of majority who, upon information and belief, is domiciled in Sweeny, Texas.

2.

On or about the 29th day of September 2018, plaintiff, Mary Clare Ulasiewicz, was operating a 2013 Chevrolet Camaro in a westerly direction on Veterans Boulevard in Jefferson Parish.

3.

Defendant, Johnny Weaver, was operating a 2017 Chevrolet Silverado owned by Enterprise FM Trust, also in a westerly direction on Veterans Boulevard in Jefferson Parish.

4.

As plaintiff was stopped at the red light at the intersection of Veterans Boulevard and N. Causeway Boulevard, she was struck from behind by defendant's vehicle.

5.

At the time of the accident, Johnny Weaver was in the course and scope of his employment with Shermco Industries, Inc. and was a permissive user of the subject vehicle.




Certified True and Correct Copy
CertID: 2019052200338

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
5/22/2019 10:53 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

6.

As a result of the collision, plaintiff was thrust violently about her vehicle and sustained severe personal injuries.

7.

The accident was caused as a result of the negligence and/or fault of Johnny Weaver in the following non-exclusive particulars:

    a)     failing to maintain control of his vehicle;

    b)     failing to yield;

    c)     failing to see what he should have seen;

    d)     failing to follow the traffic ordinances of the State of Louisiana;

    d)     failing to act reasonably to avoid the accident; and

    e)     driving while intoxicated.

8.

Johnny Weaver was driving while intoxicated, and his intoxication was a cause of the subject accident causing him to be liable to plaintiff for punitive or exemplary damages pursuant to applicable provisions of the Louisiana Civil Code.

9.

Plaintiff, Mary Clare Ulasiewicz, itemizes her damages as follows and sue for amounts as are reasonable in the premises:

    a) Physical injury and impairment of function;

    b) Pain and suffering - past, present, and future;

    c) Mental anguish - past, present, and future;

    d) Loss of enjoyment of life - past, present, and future;

    e) Loss of Wages and impairment of future earning capacity;

    f) Permanent disability;

    g) Out-of-pocket losses and damages of plaintiff;

    h) Doctor, medical, hospital, and pharmaceutical expenses - past, present and future; and

    i) Damage and loss of value to the vehicle and other personal property.

10.

Defendant, Shermco Industries, Inc., as employer, is liable for the actions of its employee,


Certified True and Correct Copy
CertID: 2019052200338

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
5/22/2019 10:53 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Johnny Weaver, who was acting in the course and scope of his employment at the time of the accident.

11.

At all times pertinent hereto, Travelers Casualty Insurance Company had in full force and effect a policy of liability insurance issued to Shermco Industries, Inc. that provided coverage for the type of liability herein, rendering Travelers Casualty Insurance Company liable *in solido*, to plaintiff for all damages which she sustained.

12.

While plaintiff believes her damages are likely to exceed the amount necessary for trial by jury in Louisiana state court, a determination has not yet been made whether the amount in controversy satisfies the amount necessary for federal diversity jurisdiction. In fairness, plaintiff submits it is possible her damages would exceed the federal jurisdictional minimum, but cannot, in good faith, admit or deny that this is the case. Only time will tell.

13.

Plaintiff is entitled to and prays for trial by jury on all issues triable by jury.

WHEREFORE, PLAINTIFF PRAYS for judgment in her favor and against defendants, Travelers Casualty Insurance Company, Shermco Industries, Inc. and Johnny Weaver, in a reasonable amount in the premises, plus legal interest thereon from date of judicial demand until paid, for all costs of these proceedings, reasonable attorney fees, trial by jury and all other general and equitable relief as allowed by law.

By attorneys:

_____
Darrel J. Papillion (#23243)
Renee Chabert Crasto (#31657)
Jennifer Wise Moroux (#31368)
**WALTERS, PAPILLION,
THOMAS, CULLENS, LLC**
12345 Perkins Road, Building One
Baton Rouge, LA 70810
Phone: (225) 236-3636
Fax: (225) 236-3650
papillion@lawbr.net
crasto@lawbr.net
jmoroux@lawbr.net

Certified True and Correct Copy
CertID: 2019052200338

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
5/22/2019 10:53 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**PLEASE SERVE, along with a copy of the Request for Notice and Plaintiff's First Set of Interrogatories and Requests for Production of Documents:**

**Travelers Casualty Insurance Company**
Through the Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809-2414

**Shermco Industries, Inc.**
**Through Its agent for service of process:**
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

Johnny Weaver
**Through the Louisiana Long Arm Statute**
20243 CR 684 A
Sweeny, TX 77480

Certified True and Correct Copy
CertID: 2019052200338

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
5/22/2019 10:53 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

|  |  |
|---|---|
| MARY CLARE ULASIEWICZ | NUMBER:         SEC: |
| VERSUS | 19th JUDICIAL DISTRICT COURT |
| TRAVELERS CASUALTY INSURANCE COMPANY, SHERMCO INDUSTRIES, INC., and JOHNNY WEAVER | PARISH OF EAST BATON ROUGE STATE OF LOUISIANA |

### PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSIONS TO DEFENDANTS

NOW INTO COURT, through undersigned counsel, come plaintiff, Mary Clare Ulasiewicz, who propounds the following Interrogatories, Requests for Production of Documents and Requests for Admissions on Defendants, **Travelers Casualty Insurance Company, Shermco Industries, Inc. and Johnny Weaver**, to be answered in writing, under oath, within the days allowed by law:

### DEFINITIONS:

"**Identify**" means to indicate the name, address, telephone number, position or job title and the name and the address of the employer for each individual whose identity is requested. If the legal person you are asked to "**Identify**" is a corporation, partnership, limited liability company, individual proprietorship, or some other business entity, please provide the full and correct name of said business entity, its address, telephone number and website address.

"**You**", "**yours**", or "**defendant**" means defendants, Travelers Casualty Insurance Company, Shermco Industries, Inc. and Johnny Weaver, and any employee(s), agent(s) or any contractor(s) or sub-contractor(s) thereof;

"**Documents**" shall mean information, data and writings of every type and from any source, including originals and non-identical copies thereof that are in your possession, custody, or control or known by you to exist. This would include documents that were sent outside your organization to any source and documents intended for internal use.

The term includes information, data and communications not only in words but in electronic format, digital format, symbols, pictures, sound recordings, film, tapes, and information stored in, or accessible through, computer or other information storage or retrieval systems. If the information is kept in a computer or informational storage or retrieval system, the term also includes codes and programming instructions and other materials necessary to understand such systems.

The term includes but is not limited to: emails, photographs, videos, laser imaging, plans, diagrams, plats, blueprints, illustrations, calendars, checkbooks, agenda, agreements, analyses, bills, invoices, records of obligations and expenditures, corporate bylaws and charters, correspondence, diaries, files, legal documents, financial documents, including balance sheets and profit and loss statements, letters, memorandum recording telephone or in-person conferences, manuals, books, press releases, purchase orders, records, schedules, memos of interviews, evaluations, written reports or tests or experiments, public relations release, telegrams, teletypes, work papers, drafts number, and all other writings which contents relate to the subject matter of the discovery request.

The terms "regarding" and "relating to" shall be interpreted broadly, including explicit and implicit reference, and meaning, referring to, concerning, constituting, defining, discussing, containing, construing, disclosing, evidencing, revealing, embodying, reflecting, stating, dealing with, mentioning, alluding to or prepared as a result of.

Certified True and Correct Copy
CertID: 2019052200345
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
5/22/2019 10:56 AM

**INTERROGATORY NUMBER 1:**

Please state your full name, home and business address, telephone numbers, date of birth, social security number and driver's license number.

**INTERROGATORY NUMBER 2:**

Please identify your spouse and children, if any, by name, address, occupation, date of birth and social security number.

**INTERROGATORY NUMBER 3:**

Please state your occupation and the name and address of your employer.

**INTERROGATORY NUMBER 4:**

Please state the primary business of your employer.

**INTERROGATORY NUMBER 5:**

Please state where you were going at the time of the subject accident. As part of your response, please explain in detail where you were coming from at the time of the accident, by starting at the place and time you entered your vehicle for the first time on the day of the accident until you were involved with the accident, including each and every stop you made from when you first entered the vehicle until the time of the accident.

**INTERROGATORY NUMBER 6:**

Please list all insurance policies that you believe, or have any reason to believe, may have provided you with coverage at the time of the subject accident.

**INTERROGATORY NUMBER 7:**

Please state whether you were required to be at your place of employment or at any job site or other location connected or in any way related to your employment in the twenty-four hours preceding or following the subject accident. If no, please state when and where you were required to report or be at work or any related place and the purpose for which you were to be at such location.

**INTERROGATORY NUMBER 8:**

Please state your relationship, connection or involvement with each and every person who was in your vehicle at the time of the accident. For each person, please state the name and address of the person's employer, and explain why each person was in your vehicle. Please state when each person got into your vehicle, and the final destination of each such person.


Certified True and Correct Copy
CertID: 2019052200345

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
5/22/2019 10:56 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**INTERROGATORY NUMBER 9:**

If you are employed, please explain the manner in which you are compensated including whether you are paid by the hour or whether you receive a salary, whether you receive a reimbursement for mileage, and whether you receive a car allowance.

**INTERROGATORY NUMBER 10:**

With respect to the subject vehicle, did your employer require you to maintain any certain minimum limits of liability insurance coverage, and were you required to carry any work-related tools, safety equipment or other materials at the time of the subject accident or at any other times.

**INTERROGATORY NUMBER 11:**

Are you or have you ever been "on call" in connection with your employment duties. If you have any such "on call" employment responsibility, please explain the "on call" policy or procedure in detail.

**INTERROGATORY NUMBER 12:**

Please list by name and address all persons you reasonably anticipate calling as a witness at the trial of this action.

**INTERROGATORY NUMBER 13:**

Please list and describe all exhibits you reasonably anticipate using or introducing at the trial of this action.

**INTERROGATORY NUMBER 14:**

Please state whether you or your insurer have any photographs and/or videos of any of the vehicles involved in this accident, the accident scene or any of the occupants of the vehicles.

**INTERROGATORY NUMBER 15:**

Please describe in your own words how the accident happened.

**INTERROGATORY NUMBER 16:**

Please state whether you received any injuries in the subject accident. If so, please list all health care providers who rendered care or treatment to you.

**INTERROGATORY NUMBER 17:**

Please state whether you or your insurer have possession of any written, oral or recorded statements of Plaintiff or any of the occupants of any of the accident vehicles. If so, when were these statements taken and by whom were they taken.


Certified True and Correct Copy
CertID: 2019052200345

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
5/22/2019 10:56 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**INTERROGATORY NUMBER 18:**

Please state whether you have any photographs, videos, recordings or other materials that could reasonably be described as "surveillance" evidence of Plaintiff.

**INTERROGATORY NUMBER 19:**

Please state whether you have been involved in any other accidents. If so, please state the dates and circumstances of any such accidents.

**INTERROGATORY NUMBER 20:**

Please state whether you have ever been arrested, prosecuted or convicted of any crime.

**INTERROGATORY NUMBER 21:**

If you intend to call any expert witness at trial, please identify the substance of the experts' testimony, all materials the expert has relied upon, and a summary of the opinions the expert will give at trial.

**INTERROGATORY NUMBER 22:**

Please state whether you contend any other person is responsible for Plaintiffs' damages or if you intend to allege or attempt to prove fault on any person besides yourself, please identify any such person by their full legal name, address and telephone number.

**REQUEST FOR PRODUCTION NUMBER 1:**

Please produce any and all photographs, diagrams or videos of the accident site, injuries you or any other person involved in the accident, or any other relevant matter, including photographs or videos of the accident vehicles.

**REQUEST FOR PRODUCTION NUMBER 2:**

Please produce any and all exhibits which you reasonably anticipate will be used during the trial of this matter.

**REQUEST FOR PRODUCTION NUMBER 3:**

Please produce any and all insurance policy(ies) you believe may provide coverage for the subject accident and Plaintiff's damages.

**REQUEST FOR PRODUCTION NUMBER 4:**

Please produce any and all damage estimates in your possession related to any vehicle involved in this accident.

Certified True and Correct Copy
CertID: 2019052200345
Doug Welborn
East Baton Rouge Parish
Clerk of Court
Generated Date: 5/22/2019 10:56 AM
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**REQUEST FOR PRODUCTION NUMBER 5:**

Please produce any and all reports and *curriculum vitaes* and/or résumés from any experts you have retained.

**REQUEST FOR ADMISSION NUMBER 1:**

Admit that the accident sued upon was caused as a result of the fault and negligence of Johnny Weaver.

**INTERROGATORY NUMBER 23:**

If your answer to the foregoing request for admission is anything but an unequivocal admission, please state each and every fact that supports your denial of this request for admission including the identity of each and every person who you may call as a witness to support your denial of this admission and each and every document that you contend or might use as evidence to support your denial of this request for admission.

**REQUEST FOR PRODUCTION NUMBER 6:**

Please produce any and all documents or other writings which you contend supports your denial of the foregoing interrogatory.

**REQUEST FOR ADMISSION NUMBER 2:**

Please admit that Travelers Casualty Insurance Company issued a policy of liability insurance to Shermco Industries, Inc.

**INTERROGATORY NUMBER 24:**

If your answer to the foregoing request for admission is anything but an unequivocal admission, please state each and every fact that supports your denial of this request for admission including the identity of each and every person who you may call as a witness to support your denial of this admission and each and every document that you contend or might use as evidence to support your denial of this request for admission.

**REQUEST FOR PRODUCTION NO 7:**

Please produce any and all documents or other writings which you contend supports your denial of the foregoing interrogatory.

**REQUEST FOR ADMISSION NUMBER 3:**

Please admit that Travelers Casualty Insurance Company is providing a legal defense to Johnny Weaver and is not asserting any coverage defenses.



Certified True and Correct Copy
CertID: 2019052200345
Doug Welborn
East Baton Rouge Parish
Clerk of Court
Generated Date:
5/22/2019 10:56 AM
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**INTERROGATORY NUMBER 25:**

If your answer to the foregoing request for admission is anything but an unequivocal admission, please state each and every fact that supports your denial of this request for admission including the identity of each and every person who you may call as a witness to support your denial of this admission and each and every document that you contend or might use as evidence to support your denial of this request for admission.

**REQUEST FOR PRODUCTION NUMBER 8:**

Please produce any and all documents or other writings which you contend supports your denial of the foregoing request for admission.

**REQUEST FOR ADMISSION NUMBER 4:**

Admit that Johnny Weaver was in the course and scope of any employment at the time of the subject accident.

**INTERROGATORY NUMBER 26:**

If your answer to the foregoing request for admission is anything but an unequivocal admission, please state each and every fact that supports your denial of this request for admission including the identity of each and every person who you may call as a witness to support your denial of this admission and each and every document that you contend or might use as evidence to support your denial of this request for admission.

**REQUEST FOR PRODUCTION NUMBER 9:**

Please produce any and all documents or other writings which you contend supports your denial of the foregoing interrogatory.

**REQUEST FOR ADMISSION NUMBER 5:**

Admit that Johnny Weaver was covered under one or more additional other policies of insurance, other than the Travelers Casualty Insurance Company policy sued upon at the time of the subject accident.

**INTERROGATORY NUMBER 27:**

If your answer to the foregoing request for admission is anything but an unequivocal admission, please state each and every fact that supports your denial of this request for admission including the identity of each and every person who you may call as a witness to support your



Certified True and Correct Copy
CertID: 2019052200345
Doug Welborn
East Baton Rouge Parish
Clerk of Court
Generated Date:
5/22/2019 10:56 AM
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

denial of this admission and each and every document that you contend or might use as evidence to support your denial of this request for admission.

### REQUEST FOR PRODUCTION NUMBER 10:

Please produce any and all documents or other writings which you contend supports your denial of the foregoing interrogatory.

### REQUEST FOR ADMISSION NUMBER 6:

Admit and stipulate that you have been properly identified by your correct legal or juridical name and that you have been properly served with process.

### INTERROGATORY NUMBER 28:

If your answer to the foregoing request for admission is anything but an unequivocal admission, please state each and every fact that supports your denial of this request for admission including the identity of each and every person who you may call as a witness to support your denial of this admission and each and every document that you contend or might use as evidence to support your denial of this request for admission.

### REQUEST FOR PRODUCTION NUMBER 11:

Please produce any and all documents or other writings which you contend supports your denial of the foregoing interrogatory.

By attorneys:

_____
Darrel J. Papillion (#23243)
Jennifer Wise Moroux (#31368)
Renee Chabert Crasto (#31657)
**WALTERS, PAPILLION,
THOMAS, CULLENS, LLC**
12345 Perkins Road, Building One
Baton Rouge, LA 70810
Phone: (225) 236-3636
Fax: (225) 236-3650
papillion@lawbr.net
jmoroux@lawbr.net
crasto@lawbr.net

Certified True and Correct Copy
CertID: 2019052200345
Doug Welborn
East Baton Rouge Parish
Clerk of Court
Generated Date:
5/22/2019 10:56 AM
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

<u>A COPY OF THESE INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSIONS WAS SERVED, ALONG WITH THE PETITION FOR DAMAGES, ON THE FOLLOWING:</u>

**Travelers Casualty Insurance Company**
Through the Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809-2414

**Shermco Industries, Inc.**
**Through Its agent for service of process:**
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**Johnny Weaver**
**Through the Louisiana Long Arm Statute**
20243 CR 684 A
Sweeny, TX 77480

Certified True and Correct Copy
CertID: 2019052200345
Doug Welborn
East Baton Rouge Parish
Clerk of Court
Generated Date:
5/22/2019 10:56 AM
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).